# ELECTRONIC RECORD

**743-15**
**744-15**

COA # 05-13-00997-CR          OFFENSE: 22.02

STYLE: Cody Bright v. The State of Texas          COUNTY: Dallas

COA DISPOSITION:          MODIFY          TRIAL COURT: 283rd Judicial District Court

DATE: 05/19/2015          Publish: NO          TC CASE #: F12-23970

## IN THE COURT OF CRIMINAL APPEALS          743-15 744-15

STYLE: Cody Bright v. The State of Texas          CCA #:

____APPELLANT'S____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

____REFUSED____          JUDGE: _____

DATE: 09/16/2015          SIGNED: _____          PC: _____

JUDGE: _____          PUBLISH: _____          DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**